IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RASHAD C. LEE, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:19-CV-472-WKW |
| | ) [WO] |
| GWENDOLYN GIVENS and STEVEN T. MARSHALL, | ) |
| Defendants. | ) |

## **ORDER**

On July 8, 2019, the Magistrate Judge filed a Recommendation to which no timely objections have been made. (Doc. # 2.) Upon an independent review of the record and consideration of the Recommendation, it is ORDERED that the Recommendation (Doc. # 2) is ADOPTED and this cause of action is DISMISSED in accordance with the provisions of 28 U.S.C. § 2244(b)(3)(A).

Final judgment will be entered separately.

DONE this 25th day of July, 2019.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE