IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RASHAD C. LEE, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:19-CV-472-WKW |
| | ) [WO] |
| GWENDOLYN GIVENS and STEVEN T. MARSHALL, | ) |
| Defendants. | ) |

## **ORDER**

On July 8, 2019, the Magistrate Judge filed a Recommendation to dismiss this action because Plaintiff has not provided certification from the Eleventh Circuit Court of Appeals authorizing this court to proceed on his successive petition for habeas corpus relief. (Doc. # 2.) On July 26, 2019, Plaintiff's objection to the recommendation was received and filed. (Doc. # 5.) However, the Plaintiff has not provided the required certification from the Eleventh Circuit.

Upon an independent review of the record and consideration of the thorough recommendation, it is ORDERED that Plaintiff's objections (Doc. # 5) are OVERRULED, that the recommendation (Doc. # 2) is ADOPTED, and this cause of action is DISMISSED in accordance with the provisions of 28 U.S.C. § 2244(b)(3)(A).

Final judgment will be entered separately.

DONE this 30th day of July, 2019.

                                          /s/ W. Keith Watkins
                                     UNITED STATES DISTRICT JUDGE